AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### WESTERN DIVISION

| | |
|---|---|
| DEBORAH SMITH,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:08-CV-332-D** |

Decision by the Court:

**IT IS ORDERED AND ADJUDGED** that the claimant has been disabled under section 1614(a)(3)(A) of the Social Security Act since July 3, 2003, the date the application for supplemental security income was filed. The component of the Social Security Administration responsible for authorizing supplemental security income will advise the claimant regarding the non-disability requirements for these payments, and if eligible, the amount and the months for which payment will be made. A determination to appoint a representative payee to manage payments in the claimant's interest is recommended.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **AUGUST 26, 2010** WITH A COPY TO:

Elizabeth F. Lunn (via CM/ECF Notice of Electronic Filing)
Eileen A. Farmer (via CM/ECF Notice of Electronic Filing)


August 26, 2010　　　　　　　　　　　　　DENNIS P. IAVARONE, Clerk
Date　　　　　　　　　　　　　　　　　　Eastern District of North Carolina

　　　　　　　　　　　　　　　　　　　　/s/ Debby Sawyer
　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk

Raleigh, North Carolina